# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ANNE BRADBURY,<br>       Plaintiff,<br>vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>       Defendant. | Case No. 2:22-cv-01621-JDP<br><br>[~~PROPOSED~~] ORDER FOR STIPULATION FOR EXTENSION OF TIME |

Based upon Plaintiff's Motion for Extension of time, for good cause shown, it is ORDERED that that Plaintiff shall have an extension of time, from April 4, 2023, to April 20, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order will be extended accordingly.

IT IS SO ORDERED.

Dated:   April 5, 2023                       _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE